# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: SANDRA LEAH TIJERINA § Case No. 13-01226
§ Hon. PAMELA S. HOLLIS
§ Chapter 7
§

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30AM on 09/03/2013 in Courtroom 644, Dirksen Federal Building Courthouse, 219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/09/2013   By: Clerk U. S. Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN   **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re:   SANDRA LEAH TIJERINA   §   Case No. 13-01226
        §                        Hon. PAMELA S. HOLLIS
        §                        Chapter 7
        §
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $6,093.00 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $6,093.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:   $0.00
Remaining balance:   $6,093.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Trustee, Fees*  ALLAN J. DeMARS | $1,359.30 | $0.00 | $1,359.30 |
| *Trustee, Expenses*  ALLAN J. DeMARS | $6.58 | $0.00 | $6.58 |
| *Attorney for Trustee, Fees* | | | |
| *Attorney for Trustee, Expenses* | | | |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* | *U.S. Bankruptcy Court* |
| *Fees,* | *United States Trustee* |
| Other | |

       Total to be paid for chapter 7 administrative expenses:   $1,365.88
       Remaining balance:   $4,727.12

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for  , Fees* | | | |
| *Attorney for  , Expenses* | | | |
| *Accountant for  , Fees* | | | |
| *Accountant for  , Expenses* | | | |
| Other | | | |

       Total to be paid for prior chapter administrative expenses:   $0.00
       Remaining balance:   $4,727.12

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling  $0.00  must be paid in advance of any dividend to general (unsecured) creditors.

---

  [1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for priority claims: $0.00
Remaining balance: $4,727.12

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $9,436.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  50.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $6,420.41 | $0.00 | $3,216.12 |
| 2 | Capital Recovery V, LLC | $481.91 | $0.00 | $241.40 |
| 3 | Capital One, NA | $2,534.53 | $0.00 | $1,269.60 |

Total to be paid for timely general unsecured claims: $4,727.12
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim No.* | *Claimant* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street - Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-01226-PSH
Sandra Leah Tijerina                                                  Chapter 7
        Debtor
                           **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: lhuley              Page 1 of 2            Date Rcvd: Aug 07, 2013
                              Form ID: pdf006           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2013.
db        +Sandra Leah Tijerina,    714 North Marion Street,    Oak Park, IL 60302-1531
19910780  +Amanda C. Albury,    714 N. Marion Street,    Oak Park, IL 60302-1531
19910781 ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
           (address filed with court: Bank Of America,     Po Box 982235,    El Paso, TX 79998)
19910782  +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
19910783   CitiMortgage, Inc.,    P.O. Box 183040,    Columbus, OH 43218-3040
19910784  +Comenity Bank/Lnbryant,    4590 E Broad St,    Columbus, OH 43213-1301
19910786  +Dr. Sarah Katie Lemley,    167 N Marion Street,    Oak Park, IL 60301-1032
19910788   Health Lab,    25 North Winfield Road,    Winfield, IL 60190
19910789  +MEYER & NJUS PA,    29 South LaSalle Street, Suite 635,    Chicago, IL 60603-1559
19910791  +Rush University Medical Center,    1700 West Van Buren Street #161,    Chicago, IL 60612-3228
19910792  +Target Nb,    Po Box 673,   Minneapolis, MN 55440-0673
19910793   Village Radiology,    PO Box 470,   Oak Park, IL 60303-0470

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20268631       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 08 2013 00:52:40      American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK  73124-8866
20500551       E-mail/PDF: rmscedi@recoverycorp.com Aug 08 2013 00:44:33     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20158670       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 08 2013 00:52:01      Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,    New Albany, OH  43054-3025
19910785      +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 08 2013 00:52:01      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
19910787      +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2013 00:45:17     GECRB/Empire Home Srvc,
                 Po Box 981439,    El Paso, TX 79998-1439
19910790      +E-mail/Text: bnc@nordstrom.com Aug 08 2013 00:41:13     Nordstrom Fsb,    Po Box 6555,
                 Englewood, CO 80155-6555
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 09, 2013**                **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: lhuley              Page 2 of 2              Date Rcvd: Aug 07, 2013
                              Form ID: pdf006          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2013 at the address(es) listed below:
        Allan J DeMars    alland1023@aol.com
        Amanda   Adams    on behalf of Debtor Sandra Leah Tijerina amanda@amandateresaadamslaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                  TOTAL: 3